**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **KENNETH BATTLES,** )<br>)<br>**Plaintiff,** )<br>)<br>-vs- )<br>)<br>**UNION PACIFIC RAILROAD,** )<br>)<br>**Defendant.** ) | **NO. 06-CV-09-WDS** |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on December 5, 2006, this case is now **DISMISSED** with prejudice. Each party shall bear their own costs.

**DATED** this 14th day of February, 2007.

**NORBERT G. JAWORSKI, CLERK**


BY:     *s/Sandy Pannier*
                **Deputy Clerk**


**APPROVED:**


     **S/WILLIAM D. STIEHL**
        **U. S. District Judge**